UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Michelle D Ewing

Debtor(s)

Case No. 14 B 28959

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/07/2014.

2) The plan was confirmed on 12/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 03/24/2015.

5) The case was Converted on 04/06/2015.

6) Number of months from filing to last payment: 6.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,755.00 |
| Less amount refunded to debtor | $197.71 |

**NET RECEIPTS:** **$4,557.29**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $184.27 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,484.27**

Attorney fees paid and disclosed by debtor:     $200.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL | Unsecured | 380.30 | NA | NA | 0.00 | 0.00 |
| ADT Security Services | Unsecured | 1,345.92 | NA | NA | 0.00 | 0.00 |
| Advocate Christ Med Cntr | Unsecured | 1,944.00 | NA | NA | 0.00 | 0.00 |
| Advocate Home Care Prod | Unsecured | 103.20 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 1,256.00 | 966.21 | 966.21 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 0.00 | 229.96 | 229.96 | 0.00 | 0.00 |
| ATT | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 757.13 | 0.00 | 757.13 | 51.56 | 8.55 |
| Capital One Auto Finance | Unsecured | NA | 0.00 | 2,976.62 | 0.00 | 0.00 |
| Capital One Auto Finance | Secured | 9,400.62 | 9,975.62 | 6,999.00 | 733.47 | 104.61 |
| Cardio & Vascular Surg | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Finance | Secured | 4,202.38 | 4,498.77 | 4,498.77 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,591.92 | 2,572.40 | 2,572.40 | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 585.32 | 585.32 | 585.32 | 0.00 | 0.00 |
| DS Waters of America | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 13,366.57 | 16,061.47 | 16,061.47 | 0.00 | 0.00 |
| Emergency Room Providers Dept 10264 | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| GL Ed Loan Services Inc | Unsecured | 3,989.81 | NA | NA | 0.00 | 0.00 |
| Gurnee Radiology Cntr | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| IL Tollway | Unsecured | 440.50 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 683.02 | 881.28 | 881.28 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 421.06 | 421.06 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 856.38 | 30.23 | 30.23 | 0.00 | 0.00 |
| Illinois Student Assistance Commission | Unsecured | 0.00 | 61,807.30 | 61,807.30 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | 47.74 | 47.74 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 1,494.39 | 1,447.87 | 1,447.87 | 174.83 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,560.79 | 1,560.79 | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 184.00 | NA | NA | 0.00 | 0.00 |
| Metropolitan Surg Assoc | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| Midwest Diagnostic Path | Unsecured | 49.00 | NA | NA | 0.00 | 0.00 |
| National Education Service | Unsecured | 53,026.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Peoples Gas Light & Coke | Unsecured | 1,481.85 | NA | NA | 0.00 | 0.00 |
| Prairie Anesthesia | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard/Charter | Unsecured | 403.70 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 489.00 | 489.00 | 489.00 | 0.00 | 0.00 |
| Selene Finance LP | Secured | 165,679.21 | 162,201.39 | 157,558.62 | 0.00 | 0.00 |
| Selene Finance LP | Secured | 39,929.63 | 39,929.63 | 39,929.63 | 0.00 | 0.00 |
| Seventh Avenue | Unsecured | 250.36 | 287.90 | 287.90 | 0.00 | 0.00 |
| Sprint Nextel | Unsecured | 599.71 | NA | NA | 0.00 | 0.00 |
| TCF Bank | Unsecured | 822.13 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 797.49 | NA | NA | 0.00 | 0.00 |
| U of I &#064; Chgo Phys Grp | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| U of I Dept of Psychiatry | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| U of I Hosp & Health | Unsecured | 10,382.11 | NA | NA | 0.00 | 0.00 |
| UIC Dept of Neurology | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 6,557.79 | 4,820.04 | 4,820.04 | 0.00 | 0.00 |
| US Bank | Unsecured | 940.10 | NA | NA | 0.00 | 0.00 |
| Windy City Emerg Phys | Unsecured | 415.00 | NA | NA | 0.00 | 0.00 |
| WOW Chicago | Unsecured | 357.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $157,558.62 | $0.00 | $0.00 |
| Mortgage Arrearage | $39,929.63 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $7,756.13 | $785.03 | $113.16 |
| All Other Secured | $4,498.77 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$209,743.15** | **$785.03** | **$113.16** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,478.10 | $174.83 | $0.00 |
| **TOTAL PRIORITY**: | **$1,478.10** | **$174.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$93,707.09** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,484.27 |
| Disbursements to Creditors | $1,073.02 |
| **TOTAL DISBURSEMENTS** : | **$4,557.29** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015                              By: /s/ Marilyn O. Marshall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**